*Notice: This order is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 26-BG-0187**

IN RE MARY L. CALKINS, ESQUIRE,
                                Respondent.
A Member of the Bar of the District
of Columbia Court of Appeals                    **DDN**: 2023-D178
**Bar Registration No**. 1034406                **BDN: 26-BD-016**

BEFORE:   Beckwith, McLeese, and Howard, Associate Judges.

### O R D E R
(FILED—April 2, 2026)

On consideration of the affidavit of respondent Mary L. Calkins, Esquire, wherein she consents to disbarment; the report and recommendation of the Board on Professional Responsibility; and the Board's consent motion for leave to file under seal Disciplinary Counsel's lodged motion to accept respondent's consent to disbarment, which includes as an attachment her affidavit consenting to disbarment; it is

ORDERED that respondent Mary L. Calkins is hereby disbarred by consent. *See* D.C. Bar R. XI, § 12.   It is

FURTHER ORDERED that the Board's motion to file under seal is granted, and the Clerk shall file the lodged documents under seal.  *See id.* § 12(c).   It is

FURTHER ORDERED that respondent's attention is drawn to the requirements relating to disbarred attorneys, including the filing of the required affidavit, and to the provisions relating to eligibility for reinstatement.  *See id.* §§ 14, 16.   It is

FURTHER ORDERED that the Clerk shall publish this order and transmit a copy thereof to respondent, Disciplinary Counsel, and the Board.

### PER CURIAM